**No. 10-614. Zhuang Li Cai, Petitioner v. Jaiml Uddin.**

562 U.S. 1139, 131 S. Ct. 940, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 71.

January 10, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 58 App. Div. 3d 746, 871 N.Y.S.2d 675.

**No. 10-619. Ronald B. Talmage, et ux., Petitioners v. Commissioner of Internal Revenue.**

562 U.S. 1139, 131 S. Ct. 941, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 508.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 660.

**No. 10-625. Keith O'Hara, et al., Petitioners v. Zurich American Insurance Company, et al.**

562 U.S. 1139, 131 S. Ct. 943, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 56.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 604 F.3d 1232.

**No. 10-626. Cesar Xaver Barros, Petitioner v. Shirley Moore Smeal, Acting Secretary, Pennsylvania Department of Corrections, et al.**

562 U.S. 1139, 131 S. Ct. 943, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 542.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-628. Kevin J. O'Connor, Petitioner v. Colorado College, et al.**

562 U.S. 1139, 131 S. Ct. 943, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 575,

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 10-634. Billy Ray Tratree, Petitioner v. BP North America Pipelines, Inc.**

562 U.S. 1139, 131 S. Ct. 944, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 454.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 386.

**No. 10-641. Kristina Powers, Petitioner v. James Freihammer, et ux., Individually and on Behalf of Their Minor Children.**

562 U.S. 1139, 131 S. Ct. 944, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 537.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-642. Phanendharnadh L. N. Kone, Petitioner v. Virginia Department of State Police.**

562 U.S. 1139, 131 S. Ct. 945, 178 L. Ed. 2d 755, 2011 U.S. LEXIS 316,

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.